UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-08
```

BARBARIAN RUGBY WEAR, INC.,

              Plaintiff,

    - against -

PRL USA HOLDINGS, INC.,

             Defendant.

06 Civ. 2652 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Freeman dated November 18, 2008 recommending that the Court deny PRL's motion to enforce the purported settlement agreement (Docket No. 84). The time for objections has passed, and no objections have been filed. In any event, the Report and Recommendation are well-founded and the Court adopts it.

    Therefore, PRL's motion (Docket No. 84) is **denied**.

SO ORDERED.

Dated:    New York, New York
           December 8, 2008

                                        John G. Koeltl
                                 United States District Judge